## APPEALS ACCEPTED FOR REVIEW

2008-1252. **Dayton v. State.**
Montgomery App. No. 22221, 176 Ohio App.3d 469, 2008-Ohio-2589. Discretionary appeal accepted;

cause held for the decisions in 2008–0128, *Lima v. State*, Allen App. No. 1–07–21, 2007-Ohio-6419, and 2008–0418, *State v. Akron*, Summit App. No. 23660, 2008-Ohio-38; and briefing schedule stayed.